

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-19-00753-CR

Paul **PESINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Liza A. Rodriguez, Justice

Appellant's pro se motion to audit records is denied as moot. The supplemental jury instructions are contained in the supplemental clerk's record.

It is so **ORDERED** on January 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
             Michael A. Cruz,
             Clerk of Court